ACCEPTED
03-13-00286-CV
6373086
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 3:56:02 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00286-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 3:56:02 PM
JEFFREY D. KYLE
Clerk

# In the Third Court of Appeals
# Austin, Texas

### RICHARD PATRICK FAGERBERG,

*Appellant*

**v.**

### STEVE MADDEN, LTD., SXSW, INC., AND W3 EVENT SPECIALISTS, INC.,

*Appellees*

APPEAL FROM CAUSE NO. D-1-GN-13-000933
261ST DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. SUSANNE COVINGTON PRESIDING

## RESPONSE/OBJECTION OF APPELLEE W3 EVENT SPECIALISTS, INC. TO APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND/OR MOTION FOR EN BANC RECONSIDERATION REGARDING APPELLEE W3 EVENT SPECIALISTS, INC.

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee, W3 Event Specialists, Inc. files this it's Response/Objection to

Appellant's Motion requesting a 30 day extension of time for filing a Motion for

#1328152/5551-033/JTD:jmf

Rehearing or Motion for En Banc Reconsideration, and for same would show to the court the following:

(1)     As the record reflects, this was an appeal from a Final Judgment entered by a Travis County District Judge, dated March 15, 2013, following a hearing on Defendant/Appellee, W3 Event Specialists, Inc.'s, Amended Traditional and No Evidence Motion for Summary Judgment and Motion for Severance. Two plus years later, that Judgment was affirmed by this Court on July 3, 2015. Accordingly, both a State Court District Judge and an Appeals Panel have now reviewed all of the legal and claimed factual issues and, unanimously, have agreed that W3 Event Specialists, Inc., did not owe a duty to Appellant, either under its contract with Stubbs or by way of any exercise of actual control over the individuals/entities' work that led to the incident the subject of the original suit.

(2)     According to the Appellant's Motion, he seeks a 30 day extension for the purpose of "considering his options" as to whether to pursue a rehearing or en banc reconsideration of the Judgment.

(3)     Given the above facts, W3 Event Specialists, Inc. would argue that no further consideration, if ultimately requested by the Appellant, is necessary or appropriate.

2

## CONCLUSION AND PRAYER

Appellee, W3 Event Specialists, Inc., respectfully requests that the Court deny Appellant's Motion, and grant Appellees all other and further relief to which it may be entitled.

Respectfully submitted,

**ALLEN STEIN & DURBIN, P.C.**
6243 IH-10 West, Suite 700
San Antonio, Texas 78201
(210) 734-7488 - phone
(210) 738-8036 – fax
jdailey@asdh.com

By: _____
    John T. Dailey
    State Bar No. 05318300

*Counsel for Appellee, W3 Event Specialists, Inc.*

## Certificate of Service

On August 5, 2015, in compliance with Texas Rule of Appellate Procedure 9.5 or Local Rule 3(c), I served this document on the following counsel of records by e-mail and/or mail to:

Mr. D. Todd Smith
SMITH LAW GROUP, P.C.
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
*Counsel for Appellant*

Steven J. Knight
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, TX 77002-4496
*Counsel for Appellee Steve Madden, Ltd.*

Peter D. Kennedy
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
*Counsel for Appellee SXSW, Inc.*

John T. Dailey